M. P. Nos. 233, 234. THE SAVINGS BANK OF NEWPORT *v.* RAYMOND H. HAWKSLEY, *et al.* (Re: Providence Institution for Savings). THE SAVINGS BANK OF NEWPORT *v.* RAYMOND H. HAWKSLEY, *et al.* (Re: The Old Stone Trust Company). Motion of petitioner for writ of certiorari granted without prejudice to right of defendants at the time of hearing to argue *first,* the question of whether the writ was improvidently issued and *second,*

the merits of the case. *Corcoran, Peckham & Hayes, William W. Corcoran,* for petitioner. *Higgins, Cavanagh & Cooney, John P. Cooney, Jr.,* for respondents.